## Andrews et al. *v.* Pennsylvania Railroad Company, Appellant.

Argued January 10, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN and PATTERSON, JJ.

*Philip Price*, of *Barnes, Myers & Price*, for appellant.

*Edward I. Weisberg*, with him *David N. Feldman*, for appellee.

Per Curiam, February 1, 1940:

Defendant appeals from the refusal of judgment n. o. v. in an action of trespass. The appeal turns on facts to be found by a jury; no complaint is made of the instructions to the jury, which found facts supporting the verdict. The judgment is therefore affirmed.